AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

See Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment

DEFENDANT - U.S.
▶ MASHAVU T. TURNER

DISTRICT COURT NUMBER
CR08-0044

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
DLJ

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)

DRUG ENFORCEMENT AGENCY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) JAMES C. MANN, AUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR MASHAVU T. TURNER

**Count 1**: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) - Possession With Intent To Distribute A Schedule II Controlled Substance (Cocaine Base).

*If 851 Information alleging prior felony narcotics conviction filed*:

(1) Imprisonment:     Maximum Life Imprisonment
                      Mandatory Minimum 20 Years Imprisonment
(2) Fine:             Maximum $8,000,000
(3) Supervised Release: Maximum Lifetime
                      Mandatory Minimum 10-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction **not** filed*:

(1) Imprisonment:     Maximum Life Imprisonment
                      Mandatory Minimum 10 Years Imprisonment
(2) Fine:             Maximum $4,000,000
(3) Supervised Release: Maximum Lifetime
                      Mandatory Minimum 5-Year Term.
(4) Special Assessment: $100.00

**Count 2**: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) - Possession With Intent To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed*:

(1) Imprisonment:     Maximum Life Imprisonment
                      Mandatory Minimum 20 Years Imprisonment
(2) Fine:             Maximum $8,000,000
(3) Supervised Release: Maximum Lifetime
                      Mandatory Minimum 10-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction **not** filed*:

(1) Imprisonment:     Maximum Life Imprisonment
                      Mandatory Minimum 10 Years Imprisonment
(2) Fine:             Maximum $4,000,000
(3) Supervised Release: Maximum Lifetime
                      Mandatory Minimum 5-Year Term.
(4) Special Assessment: $100.00

**Count 3**: 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute A Schedule II Controlled Substance (Cocaine).

*If 851 Information alleging prior felony narcotics conviction filed*:

(1) Imprisonment:       Maximum 30 Years Imprisonment
(2) Fine:               Maximum $2,000,000
(3) Supervised Release: Maximum Lifetime
                        Mandatory Minimum 6-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed*:

(1) Imprisonment:       Maximum 20 Years Imprisonment
(2) Fine:               Maximum $1,000,000
(3) Supervised Release: Maximum Lifetime
                        Mandatory Minimum 3-Year Term.
(4) Special Assessment: $100.00

**Count 4**: 21 U.S.C. §§ 841(a)(1), (b)(1)(D) – Possession With Intent To Distribute A Schedule I Controlled Substance (Marijuana).

*If 851 Information alleging prior felony narcotics conviction filed*:

(1) Imprisonment:       Maximum 10 Years Imprisonment
(2) Fine:               Maximum $500,000
(3) Supervised Release: Mandatory Minimum 4-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed*:

(1) Imprisonment:       Maximum 5 Years Imprisonment
(2) Fine:               Maximum $250,000
(3) Supervised Release: Mandatory Minimum 2-Year Term.
(4) Special Assessment: $100.00

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

MASHAVU T. TURNER

CR08-0044  DLJ

FILED
2008 JAN 31 PM 12:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) – Possession With Intent To Distribute Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession With Intent To Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana

---

A true bill.

_____
Foreman

Filed in open court this 31st day of January, 2008

_____
Clerk

Bail, $ No bail arrest warrant. 1/31/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
2008 JAN 31 PM 12: 4
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR08-0044 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) – Possession With Intent To Distribute Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession With Intent To Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana |
| v. | ) | |
| MASHAVU T. TURNER, | ) | |
| Defendant. | ) | |
| | ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) – Possession With Intent To Distribute Cocaine Base)

On or about September 20, 2007, in the Northern District of California, the defendant,

MASHAVU T. TURNER,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, approximately 240 grams of a mixture and substance containing a detectable

Document No.
District Court
Criminal Case Processing

INDICTMENT

1  amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States
2  Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).
3  COUNT TWO:         (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession With Intent
4                                      To Distribute Methamphetamine)
5          On or about September 20, 2007, in the Northern District of California, the defendant,
6                                              MASHAVU T. TURNER,
7  did knowingly and intentionally possess with intent to distribute a Schedule II controlled
8  substance, namely, a mixture and substance containing approximately 76 grams of actual
9  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and
10 841(b)(1)(A)(viii).
11 COUNT THREE:       (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To
12                                     Distribute Cocaine)
13         On or about September 20, 2007, in the Northern District of California, the defendant,
14                                             MASHAVU T. TURNER,
15 did knowingly and intentionally possess with intent to distribute a Schedule II controlled
16 substance, namely, approximately 85 grams of a mixture and substance containing a detectable
17 amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and
18 841(b)(1)(C).
19 COUNT FOUR:        (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To
20                                     Distribute Marijuana)
21         On or about September 20, 2007, in the Northern District of California, the defendant,
22                                             MASHAVU T. TURNER,
23 did knowingly and intentionally possess with intent to distribute a Schedule I controlled
24 ////
25 ////
26 ////
27 ////
28 ////

INDICTMENT

1  substance, namely, approximately 77 grams of marijuana, in violation of Title 21, United States
2  Code, Sections 841(a)(1) and 841(b)(1)(D).
3
4  DATED:     January 31, 2008                    A TRUE BILL.
5
6                                                 /s/ Dave Mdele
                                                  FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9  /s/ W. Douglas Sprague
10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
11
12 (Approved as to form:  /s/ J.C. Mann  )
                          AUSA J.C. MANN
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT