JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3705
    Facsimile: (510) 637-3724
    E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

FILED
2008 JAN 31 PM 12: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> MASHAVU T. TURNER, <br>     Defendant. | NO. CR08-0044 DLJ <br> SEALING APPLICATION AND SEALING ORDER |

The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant in the above-captioned case filed with the Court on January 31, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Drug Enforcement Administration). The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

////
////
////
////

SEALING APPLICATION AND ORDER

1  WHEREFORE, I respectfully request that the Court issue an Order granting this
2  Application.

3

4  DATED: January 31, 2008                Respectfully submitted,

5                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
6

7

8                                         JAMES C. MANN
                                          Assistant United States Attorney
9

10

11                                **ORDER**

12  On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed
13  with the Court on January 31, 2008, shall be filed under seal until further order of the Court
14  (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States
15  Attorney's Office or the Drug Enforcement Administration).

16  IT IS SO ORDERED.

17

18  DATED: 1/31/08                        _____
                                          WAYNE D. BRAZIL
19                                        UNITED STATES MAGISTRATE JUDGE

20
21
22
23
24
25
26
27
28

SEALING APPLICATION AND ORDER           -2-