AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

Mashavu T. Turner

**WARRANT FOR ARREST**

Case Number: CR-08-0044-DLJ



FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    MASHAVU T. TURNER

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with  21:841(a)(1), 21:841(b)(1)(A)(iii) Possession with intent to distribute cocaine base
21:841(a)(1), 21:841(b)(1)(A)(viii) Possession with intent to distribute methamphetamine
21:841(a)(1), 21:841(b)(1)(C) Possession with intent to distribute cocaine
21:841(a)(1), 21:841(b)(1)(D) Possession with intent to distribute marijuana

in violation of Title    21    United States Code, Section(s)   841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(A)(viii), 841(b)(1)(C), 841(b)(1)(D)

| Kelly Collins | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature] Kelly Collins* | 1/31/08  Oakland, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BAIL__    by   U.S. Magistrate Judge Wayne D. Brazil
                                    Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Concord CA. | | |
| Date received  02-04-08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest  02-04-08 | TFO. Nick Concord | N. Concord |

I hereby certify that the annexed instrument is a true and correct copy of the original issued by my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date 1/31/08

Document No. 3P
District Court
Criminal Case Processing