1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California 94607-3627
4  Telephone (510) 637-3500

5  Counsel for Defendant MASHAVU TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. CR 08-00044 DLJ |
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) | |
| MASHAVU T. TURNER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Shawn Halbert, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: February 6, 2008

                                            Respectfully submitted,

                                            BARRY J. PORTMAN
                                            Federal Public Defender

                                            /S/

                                            SHAWN HALBERT
                                            Assistant Federal Public Defender

Notice of Attorney Appearance
Nos. CR 08-00044 DLJ