JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0044 DLJ |
| Plaintiff, ) | REQUEST TO STAY PRE-TRIAL RELEASE ORDER FOR DEFENDANT MASHAVU T. TURNER AND [PROPOSED] ORDER |
| v. ) | |
| MASHAVU T. TURNER, ) | Date:<br>Time:<br>Court:  Hon. D. Lowell Jensen |
| Defendant. ) | |

   The United States respectfully requests that this Court stay the Order of Magistrate Judge Wayne D. Brazil granting pre-trial release to a halfway house to Defendant Mashavu T. Turner to allow the United States time to appeal the same Order. Judge Brazil has already stayed the Order granting pre-trial release until 4:00 p.m. on Friday, February 29, 2008. The United States

////
////
////
////
////

REQ. TO STAY PRE-TRIAL RELEASE ORDER
No. CR-08-0044 DLJ

1  respectfully requests that this Court further stay the Order granting pre-trial release or extend
2  Judge Brazil's stay of the same Order until this matter can be heard by this Court.

4  DATED: February 28, 2008                    Respectfully submitted,
5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

7                                                 /s/
                                               JAMES C. MANN
8                                              Assistant United States Attorney

10     Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order of
11 Magistrate Judge Wayne D. Brazil granting pre-trial release to a halfway house to Defendant
12 Mashavu T. Turner is hereby stayed until such time that this Court can hear the United States'
13 appeal of the Order.

15 DATED:_____              _____
                                        HON. D. LOWELL JENSEN
16                                      United States District Judge

REQ. TO STAY PRE-TRIAL RELEASE ORDER
No. CR-08-0044 DLJ