| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 51 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 2/28/08 10:17:36-11:08:28 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>2/28/08 | | NEW CASE ☐ | CASE NUMBER<br>CR-08-00044-DLJ |

### APPEARANCES

| DEFENDANT<br>MASHAVU T. TURNER | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Shawn Halbert | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>James Mann | | INTERPRETER<br>None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ FURTHER DETENTION HRG 51 Mins HELD | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

**FILED FEB 2 8 2008** RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND (NOT YET COMPLETED) | AMT OF SECURITY<br>$ 250,000 PR UNSECURED | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>2/29/08 | ☐ ATTY APPT HEARING | ☒ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. continued to seek for the detention of the deft. both as a danger to the community & as a flight risk. The deft's atty. proffered to the Court that 3 people have agreed to co-signed as sureties on an unsecured PR Bond: deft's mother (also agreed to serve as deft's custodian), uncle & girlfriend. The Court is agreeable to release the deft. full-time to the Halfway House as soon as his Uncle can appear in court to co-sign on the Bond. The deft's mother & girlfriend were present in court & signed the Bond. Upon the govt's atty's request, the Court's release Order shall be STAYED until 4:00 p.m. on 2/29/08 to give the govt's atty. the opportunity to file an appeal to Judge Jensen.

cc: WDB's Stats, Frances, Pretrial, Financial

DOCUMENT NUMBER: