UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) ) ) Plaintiff(s), ) ) -V- ) ) Mashavu T. Turner ) ) Defendant(s), ) ) | CASE NO. CR-08-00044-DLJ  NOTICE |

TO:

    James Mann
    US Attorneys Office
    1301 Clay Street, Ste. 340S
    Oakland CA 94612

    Shawn Halbert
    Federal Public Defender's Office

    555 -12th Street, Ste 650
    Oakland, CA 94607

    Taifa Gaskins

    Pretrial Services/Oakland

YOU ARE HEREBY NOTIFIED THAT the hearing on Government's Appeal of Magistrate Judge's Pretrial Release Order previously noticed for Friday 3/7/08 at 11:00AM is vacated and re-set for **Wednesday, March 12, 2008 at 10:00AM** before Judge D. Lowell Jensen in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated: March 6, 2008

By: *Frances Stone*
Frances Stone
Clerk to D. Lowell Jensen