1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California 94607-3627
4  Telephone (510) 637-3500
   Shawn_Halbert@fd.org
5
   Counsel for Defendant TURNER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR 08-0044 DLJ
   |                                  )
12 |                Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
   |                                  ) TO CONTINUE HEARING ON
13 | vs.                              ) GOVERNMENT'S APPEAL OF PRETRIAL
   |                                  ) RELEASE ORDER FROM MARCH 7, 2008
14 | MASHAVU T. TURNER,               ) TO MARCH 12, 2008 AND FOR
   |                                  ) EXCLUSION OF TIME
15 |                Defendant.        )
   |                                  )
16 | _____ )

17

18       The parties stipulate that the hearing on the government's appeal of the pretrial release order

19 for defendant shall be continued from March 7, 2008 at 11:00 a.m. to March 12, 2008 at 10:00 a.m.

20 The parties further stipulate and agree that the time between March 7, 2008 and March 12, 2008

21 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F),

22 §3161(h)(8)(A) and (B)(iv).  The parties request that the Court order that this period of time should

23 be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F), (h)(8)(A) and (B)(iv), in light of

24 the pending motion before this Court and for effective preparation of counsel, taking into account

25 the

26 ///

CR 08-0044 DLJ                          - 1 -

1  exercise of due diligence.

2  SO STIPULATED.

3  Dated: March 6, 2008                                /S/

4                                                              _____
                                                                SHAWN HALBERT
                                                                Assistant Federal Public Defender

5  SO STIPULATED.

6  Dated:        March 6, 2008                         /S/

7                                                              _____
                                                                JAMES MANN
                                                                Assistant United States Attorney
8

9      I hereby attest that I have on file all holograph signatures for any signatures indicated by

10  a "conformed" signature (/S/) within this e-filed document.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CR 08-0044 DLJ                                         - 2 -

1 **ORDER**

2     Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the

3 ORDER of this Court that the above-captioned matter be continued from March 7, 2008 at 11:00

4 a.m. to March 12, 2008 at 10:00 a.m.

5     Based on the reasons provided in the stipulation of the parties above, the Court hereby

6 FINDS that the ends of justice served by granting the continuance outweigh the best interests of the

7 public and the defendant in a speedy trial, and that the failure to continue the matter would deny

8 defendant reasonable time necessary for effective preparation, taking into account the exercise of

9 due diligence, and because of the pending pretrial motion. <u>See</u> 18 U.S.C. §3161(h)(1)(F),

10 §3161(h)(8)(A) & (B)(iv).

11     Based on these findings, IT IS HEREBY ORDERED THAT the time from March 7, 2008 to

12 March 12, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F),

13 §3161(h)(8)(A) and (B)(iv).

14 Dated:   March ___, 2008

15

16                                                   D. LOWELL JENSEN
                                                  United States District Judge

17

18

19

20

21

22

23

24

25

26