**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:   3/12/08**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**                    **[10:07am -10:35am]**

**Plaintiff:**  United States

**v.**                                              **No.**  CR-08-00044-DLJ

**Defendant:**  Mashavu T. Turner [present; in custody]

**Appearances for AUSA:**  James Mann

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Pretrial Svcs  Officer:**  Taifa Gaskins

**Reason for Hearing:**                    **Ruling:**
**Government Appeal of Magistrate Judge's Pretrial Release Order- HELD**
<u>Court to issue order.</u>

**Notes:**  The Court will allow release of the defendant on all the conditions set by the Magistrate Judge in his Order. The Defendant is not to be released until there is space available in the halfway house. Pretrial Svcs will contact halfway house and then inform Court as to when space is available.

**Case Continued to   3/21/08 at 9:00AM    for  Setting/Stat or Change of Plea**

**Case Continued to:**          **for**
**Case Continued to:**          **for**
**Motions to be filed by:**      **Opposition Due:**
**Case Continued to**                        **for Pretrial Conference**
**Case Continued to**          **for**          **Trial**

**Excludable Delay: Category: Begins:**          **Ends:**

COPY : IVY/WDB; PRETRIAL SVCS; USMS