United States District Court
For the Northern District of California

1  UNITED STATES OF AMERICA,          )
                                      )
2                  Plaintiff,         )
                                      )
3          v.                         )
                                      )
4  MASHAVU T. TURNER,                 )   No. CR 08-0044-DLJ
                                      )
5                  Defendant.         )   **ORDER**
   _____)
6

7      On January 31, 2008, the grand jury returned a four count
8  indictment charging Defendant Mashavu Turner (Turner) with
9  possession with intent to distribute cocain base, methamphetamine,
10 cocain, and marijuana, violations of 21 U.S.C. §§ 841(a)(1) and
11 841(b)(1)(A)(iii), (viii), 841(b)(1)(C) and (D) respectively.
12 Following a detention hearing on February 28, 2008, Magistrate
13 Judge Brazil ordered that Turner be released on $250,000 bond to a
14 halfway house, over the government's objection.  Judge Brazil then
15 stayed the release order, pending appeal to this Court.

16     On March 12, 2008, the Court heard argument on the
17 government's motion pursuant to 18 U.S.C. § 3145(a)(1) for review
18 and appeal of the release order.  Considering the arguments of
19 counsel, the papers submitted, and the record in this case, the
20 Court makes the same order as the Magistrate Judge.  Under the
21 circumstance the Court is convinced that it is reasonably assured
22 that the community will be safe and that Turner will appear in
23 court, despite the presumption of dangerousness, if he is released

to a halfway house under threat of more severe charges and forfeiture of the bond signed by his family. See 18 U.S.C. § 3142(c). The release order is therefore AFFIRMED.

IT IS SO ORDERED.

Dated:     March 12, 2008

D. Lowell Jensen

United States District Judge