BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500
Shawn_Halbert@fd.org

Counsel for Defendant TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0044 DLJ |
| Plaintiff, | DECLARATION OF SHAWN HALBERT AND [PROPOSED] ORDER TO ALLOW MASHAVU TURNER TO ATTEND STATE COURT HEARING ON MARCH 28, 2008 RE CUSTODY OF TURNER'S DAUGHTER |
| vs. | |
| MASHAVU T. TURNER, | |
| Defendant. | |

**DECLARATION OF SHAWN HALBERT**

I, Shawn Halbert, declare the following:

1. This Court previously ordered that Mashavu Turner be released from custody to reside at Cornell Corrections. The Court ordered that Mr. Turner should remain at the halfway house except for limited purposes such as court hearings in this case and attorney visits.

2. U.S. Pretrial Services Victoria Gibson contacted me about a court hearing that Mr. Turner would like to attend regarding his twelve year old daughter Mashanique Turner. Ms. Gibson told me that was agreeable to having Mr. Turner attending the hearing, but that I needed to

DECL. AND PROPOSED ORDER     - 1 -
CR 08-0044 DLJ

1. submit a proposed order to this Court.

3. Today, I spoke with Mr. Turner's lawyer in the custody case, Darren Kessler. Mr. Kessler confirmed that a status hearing regarding Mashanique will take place in Richmond court on Friday, March 28, 2008; it will start at 8:30 a.m. and could go as late as 3:00 p.m., depending on how many other matters are on calendar. (Mr. Kessler said that in all probability, the hearing would end by noon, but that it could go later). According to Mr. Kessler, the case worker had recommended that custody of Mashanique be returned to Mr. Turner because of the negative events that have occurred since the child returned to her mother several months ago, following Mr. Turner's arrest. However, now that Mr. Kessler understands from Mr. Turner that he will likely be serving a custodial term of imprisonment, Mr. Kessler will be requesting that Mashanique live with Mr. Turner's mother. According to Mr. Kessler, Mr. Turner's attendance at the hearing is not mandatory but it is strongly suggested.

4. I contacted AUSA James Mann regarding this matter, who indicated that the government continues in its position that Mr. Turner should be detained.

5. In light of the hearing in state court on a matter that is of great importance to Mr. Turner and his daughter, undersigned counsel respectfully requests that Mr. Turner be cleared to leave Cornell Corrections at 6:30 a.m. on March 28, 2008, in order to give him time to get to the hearing. I would like for Mr. Turner to come to my office for an attorney-client meeting after his daughter's hearing ends. I have told Ms. Gibson that I would like for Mr. Turner to meet with me until 5:00 p.m. on March 28, 2008.

I declare that the foregoing is true to the best of my information and belief.

Dated: March 6, 2008                         /S/
                                             _____
                                             SHAWN HALBERT
                                             Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DECL. AND PROPOSED ORDER      - 2 -
CR 08-0044 DLJ



# [PROPOSED] ORDER

Good cause appearing therefore, it is the ORDER of this Court that defendant Mashavu Turner shall be permitted to leave Cornell Corrections at 6:30 a.m. on March 28, 2008 in order to attend a hearing in Richmond court concerning his minor daughter, Mashanique Turner. IT IS FURTHER ORDERED THAT Mr. Turner shall go directly from his daughter's hearing to meet with his attorney, AFPD Shawn Halbert, at her office, after which he shall return immediately to the halfway house. IT IS FURTHER ORDERED THAT Mr. Turner shall obtain a signed piece of paper verifying his attendance at his daughter's hearing.

Dated: March 27, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

DECL. AND PROPOSED ORDER                  - 3 -
CR 08-0044 DLJ