UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/11/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                            **No.** CR-08-00044-DLJ

**Defendant:** Mashavu T. Turner [present; not in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STAT                                          -HELD
Change of Plea- NOT HELD

**Notes:**

**Case Continued to**   4/18/08 AT 9:00AM       for  Status or CHANGE OF PLEA

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                      for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:**  4/11/08       **Ends:** 4/18/08