BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500
Shawn_Halbert@fd.org

Counsel for Defendant TURNER

**FILED**

APR 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MASHAVU T. TURNER, <br><br> Defendant. | No. CR 08-0044 DLJ <br><br> DECLARATION OF SHAWN HALBERT AND [~~PROPOSED~~] ORDER TO ALLOW MASHAVU TURNER TO ATTEND VISITS WITH HIS DAUGHTER AT THE CHILDREN AND FAMILY SERVICES OFFICE IN RICHMOND ON APRIL 17 AND 24, 2008 |

### DECLARATION OF SHAWN HALBERT

I, Shawn Halbert, declare the following:

1. This Court previously ordered that Mashavu Turner be released from custody to reside at Cornell Corrections. The Court ordered that Mr. Turner should remain at the halfway house except for limited purposes such as court hearings in this case and attorney visits.

2. U.S. Pretrial Services Officer Victoria Gibson communicated to me that she spoke to Dajenya Kafele, who is the social worker for Mr. Turner's daughter Mashanique Turner. Pretrial Service Officer Gibson set up appointments with Ms. Kafele for Mr. Turner to visit with his

DECL. AND [~~PROPOSED~~] ORDER
CR 08-0044 DLJ

-1-

*cc: WDB's Stats Copy to parties via ECF, Pretrial, Frances, Financial*

daughter Mashanique on April 17th and 24th, from 11:30 a.m. to 12:30 p.m. at the Children and Family Services office in Richmond, and requested that I obtain an order from this Court allowing Mr. Turner to leave the halfway house for these visits.

3. This Court previously allowed Mr. Turner to attend a court hearing in Richmond regarding Mashanique Turner, which Mr. Turner attended.

4. As the Court may recall, when I previously contacted AUSA James Mann regarding the custody status hearing in Richmond that the Court allowed Mr. Turner to attend, AUSA Mann indicated that the government's position was that Mr. Turner should be detained. I spoke to Mr. Mann today about the visits that Pretrial Services Officer Gibson set up with Mashanique through Ms. Kafele at Children and Family Services office in Richmond, and he indicated that his position is the same as before.

5. In light of the social benefit that will be obtained by allowing Mr. Turner to visit with his daughter at the Children and Family Services office in Richmond (as Mr. Turner raised his daughter and had custody of her until his arrest in September, 2007), and in light of the fact that Pretrial Services approves of the visits, undersigned counsel respectfully requests that Mr. Turner be cleared to leave Cornell Corrections, including for travel time, in order that Mr. Turner may attend these two visits with his daughter.

6. I have a scheduled visit with Mr. Turner in my office at 3:00 p.m. on Thursday, April 17, 2008, so I request that Mr. Turner be permitted to come directly to my office after his appointment in Richmond ends, which may allow him to get here early for his appointment with me.

I declare that the foregoing is true to the best of my information and belief.

Dated: April 15, 2008

SHAWN HALBERT
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by

DECL. AND PROPOSED ORDER            - 2 -
CR 08-0044 DLJ

a "conformed" signature (/S/) within this e-filed document.

## [PROPOSED] ORDER

Good cause appearing therefore, it is the ORDER of this Court that defendant Mashavu Turner shall be permitted to leave Cornell Corrections for visits with his daughter Mashanique Turner on April 17th and 24th, from 11:30 a.m. to 12:30 p.m. at the Children and Family Services office in Richmond. IT IS FURTHER ORDERED that Pretrial Services has discretion to allow Mr. Turner to go directly to his attorney's office after the appointment on April 17, 2008.

Dated: April 15, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

DECL. AND PROPOSED ORDER        - 3 -
CR 08-0044 DLJ