UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  4/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                                  **No.** CR-08-00044-DLJ

**Defendant:** Mashavu T. Turner [present; not in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                                          -HELD

**Notes:**

**Case Continued to**    5/16/08 AT 9:00AM    for  CHANGE OF PLEA

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                    for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:**    4/18/08    **Ends:**  5/16/08