BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500
Shawn_Halbert@fd.org

Counsel for Defendant TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0044 DLJ |
| ) Plaintiff, ) | DECLARATION OF SHAWN HALBERT |
| ) | AND ORDER TO ALLOW MASHAVU |
| vs. ) | TURNER TO ATTEND STATE COURT |
| ) | HEARING ON MAY 2, 2008 RE CUSTODY |
| MASHAVU T. TURNER, ) | OF TURNER'S DAUGHTER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**DECLARATION OF SHAWN HALBERT**

I, Shawn Halbert, declare the following:

1. This Court previously ordered that Mashavu Turner be released from custody to reside at Cornell Corrections. The Court ordered that Mr. Turner should remain at the halfway house except for limited purposes such as court hearings in this case and attorney visits.

2. With the recommendation of U.S. Pretrial Services Victoria Gibson, this Court has previously approved Mr. Turner to attend visits with his daughter as well as a court hearing in Richmond regarding his daughter's custody case.

DECL. AND PROPOSED ORDER           - 1 -
CR 08-0044 DLJ

3. I am writing to request that Mr. Turner be permitted to attend another court hearing in his daughter's case on Friday, May 2, 2008. The court calendar begins at 8:30 a.m., though Mr. Turner's daughter's case would likely be called later than that. I apologize for the late notice, but Mr. Turner had mistakenly believed that the next court hearing was on a different date, and so we had not yet requested permission for his to attend the hearing. However, after 5:00 p.m. today (Thursday), I spoke with Dajenya Kaseli, the case worker in Mr. Turner's daughter's case. She stated that there was another hearing for his daughter on Friday, May 2, 2008, and she very much wanted Mr. Turner to attend.

4. I have not contacted AUSA James Mann regarding this matter, but as the Court may recall from previous requests the defense has made and that the Court has granted regarding Mr. Turner's visits with his daughter and attendance at the custody hearings, the government's position is that Mr. Turner should be detained.

5. In light of the hearing in state court on a matter that is of great importance to Mr. Turner and his daughter, undersigned counsel respectfully requests that Mr. Turner be cleared to leave Cornell Corrections forthwith on May 2, 2008 so that he can attend the hearing. As Mr. Turner is cleared to meet with me from 1:00 p.m. to 5:00 p.m. later in the day, Mr. Turner could just come to my office for the attorney-client meeting after his daughter's hearing ends.

I declare that the foregoing is true to the best of my information and belief.

Dated: May 2, 2008                                        /S/
                                                          _____
                                                          SHAWN HALBERT
                                                          Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DECL. AND PROPOSED ORDER            - 2 -
CR 08-0044 DLJ

**ORDER**

Good cause appearing therefore, it is the ORDER of this Court that defendant Mashavu Turner shall be permitted to leave Cornell Corrections at 8:00 a.m. on May 2, 2008 in order to attend a hearing in Richmond court concerning his minor daughter. IT IS FURTHER ORDERED THAT Mr. Turner shall go directly from his daughter's hearing to meet with his attorney, AFPD Shawn Halbert, at her office, after which he shall return immediately to the halfway house, in any event no later than 5:30 p.m. IT IS FURTHER ORDERED THAT Mr. Turner shall obtain a signed piece of paper verifying his attendance at his daughter's hearing.

Dated:   May  2 , 2008

WAYNE D. BRAZIL
United States Magistrate Judge

DECL. AND PROPOSED ORDER         - 3 -
CR 08-0044 DLJ