BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500
Shawn_Halbert@fd.org

Counsel for Defendant TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MASHAVU T. TURNER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 08-0044 DLJ <br><br> DECLARATION OF SHAWN HALBERT AND ORDER TO ALLOW PRETRIAL SERVICES THE DISCRETION TO ALLOW MASHAVU TURNER TO ATTEND STATE COURT JUVENILE HEARINGS AND SUPERVISED VISITS WITH HIS DAUGHTER |

**DECLARATION OF SHAWN HALBERT**

I, Shawn Halbert, declare the following:

1. This Court previously ordered that Mashavu Turner be released from custody to reside at Cornell Corrections. The Court ordered that Mr. Turner should remain at the halfway house except for limited purposes such as court hearings in this case and attorney visits.

2. With the recommendation of U.S. Pretrial Services Victoria Gibson, this Court has previously approved Mr. Turner to attend visits with his daughter as well as a court hearings in Richmond regarding his daughter's custody situation (she was in her father's custody until

DECL. AND PROPOSED ORDER        - 1 -
CR 08-0044 DLJ

the events leading to this pending criminal case).

3. U.S. Pretrial Services Officer Victoria Gibson has requested that I ask the Court to give discretion to Pretrial Services to approve Mr. Turner's attendance at juvenile court hearings in his daughter's case as well as visits with his daughter that are scheduled and monitored by case worker Dajenya Kaseli. I received a telephone message from Ms. Kaseli informing me that the next upcoming dates involving Mr. Turner's daughter are a juvenile court hearing on May 9, 2008 beginning at 1:30 p.m., and a visit (if it is approved) between Mr. Turner and his daughter on May 14, 2008 from 11:30 a.m. to 1:00 p.m.

4. The government's position is that Mr. Turner should be detained.

5. In light of the fact that Pretrial Services is in accord with this request, and because Mr. Turner has successfully attended these types of events in the past weeks, undersigned counsel respectfully requests that the Court give discretion to U.S. Pretrial Services to approve Mr. Turner's attendance at the court hearings as well as visits with this daughter so that the defense and Pretrial Services do not need to seek the Court's approval for each separate event.

I declare that the foregoing is true to the best of my information and belief.

Dated: May 6, 2008                              /S/
                                                _____
                                                SHAWN HALBERT
                                                Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DECL. AND PROPOSED ORDER         - 2 -
CR 08-0044 DLJ

1  **ORDER**

2     Good cause appearing therefore, it is the ORDER of this Court that U.S. Pretrial Services
3  shall have discretion to permit defendant Mashavu Turner to leave Cornell Corrections in order to
4  attend future juvenile court hearings concerning his minor daughter as well as meetings with his
5  daughter scheduled by case worker Dajenya Kaseli.

6  Dated:   May 7, 2008

7                                                              *Wayne D. Brazil*
                                                               WAYNE D. BRAZIL
8                                                              United States Magistrate Judge

DECL. AND PROPOSED ORDER         - 3 -
CR 08-0044 DLJ