**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  May 16, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                         **No.** CR-08-00044-DLJ

**Defendant:** Mashavu T. Turner [present; not in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

STATUS                            -HELD
Change of Plea- Not Held

**Notes:**

**Case Continued to**    5/23/08 at 11:00AM    for  CHANGE OF PLEA

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**    5/16/08      **Ends:** 5/23/08