11AM

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

11:28 - 11:42 AM

**FILED**
MAY 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 5/23/08

Case No: CR-08-00044-DLJ   Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN   Clerk: Frances Stone

Defendant(s):   Defense Counsel:

MASHAVU T. TURNER   Present? Y   In Custody? N   NED SMOCK

US Attorney: GARTH HIRE (for JINMAN)

Interpreter:

US Probation Officer:

Reason for Hearing: CHANGE OF PLEA —

Ruling: HELD

GUILTY PLEA TO COUNT ONE OF THE INDICTMENT. PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED.

(DEF REMANDED INTO CUSTODY IMMEDIATELY)

Notes: GOV MTO TO DISMISS REMAINING COUNTS 2, 3, AND 4 DEFERRED TO SENTENCING DATE.

Case continued to: 8/29/08 AT 10AM for SENTENCING

CC: PROBATION