UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number          CR-08-00044-01-DLJ
Defendant's Name     MASHAVU T. TURNER
Defendant's Counsel  Ned Smock
Due Date             8/29/08 at 10 am
                     1   Courtroom         Floor  4th

~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~

**The Court has directed that a:**

            XX            Presentence Investigation
_____       Bail Investigation
_____       Bail Supervision
_____       Postsentence Investigation
_____       4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

                                    RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation                   by: _____Frances Stone_____
                                         Frances Stone, Deputy Clerk

                                    Dated: 5/23/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?  Yes or No  [Interpreter:_____]
Defendant's address:  _____
                      _____
                      _____