BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MASHAVU TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MASHAVU TURNER,<br><br>Defendant. | No. CR-08-0044 DLJ<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING**<br><br>Current Date: August 29, 2008<br>Requested Date: September 5, 2008 |

The parties in the above-captioned matter are scheduled to appear before the Court on August 29, 2008 for sentencing. The parties ask that the matter be continued to September 5, 2008 because defense counsel will be unavailable on August 29, 2008. United States Probation has also agreed to this proposed date change.

 August 13, 2008                              /s/ Ned Smock
 Date                                          Ned Smock
                                               Assistant Federal Public Defender

 August 13, 2008                              /s/ James Mann
 Date                                          James Mann
                                               Assistant United States Attorney

//

Stip re: Continue Sentencing            1

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signatures (/S/) within this e-filed document.

2

3

      Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY

4

ORDERED THAT the above-captioned matter is continued to September 5, 2008 at 10:00 a.m.

5

    IT IS SO ORDERED.

6

7

  August 15, 2008

8  Date                             Honorable D. Lowell Jensen
                                   Judge, United States District Court
9                                     Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip re: Continue Sentencing                     2