JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>MASHAVU T. TURNER,<br>    Defendant. | No. CR-08-0044 DLJ<br><br>GOVERNMENT'S SENTENCING MEMORANDUM<br><br>**Sentencing Date: September 5, 2008, 10:00 a.m., The Honorable D. Lowell Jensen** |

Pursuant to the Plea Agreement, the United States of America requests that Defendant Mashavu T. Turner be sentenced to 120 months imprisonment (the statutory mandatory minimum pursuant to Title 18, United States Code, sections 841(b)(1)(A)(iii) and 841(b)(1)(A)(viii)), and five years of supervised release, and ordered to pay a $100 special assessment.

DATED: August 28, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                              /s/
                                            JAMES C. MANN
                                            Assistant United States Attorney

GOVERNMENT'S SENTENCING MEMORANDUM    1
No. CR-08-0044 DLJ