10Am
Y/C
E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
SEP 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 9/5/08

Case No: CR -08-00044-DLJ          Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO             Clerk: Frances Stone

Defendant(s):                                          Defense Counsel:

MASHAVU T. TURNER   Present? Y   In Custody? YES   NED SMOCK

US Attorney: JAMES MANN    Interpreter:    US Probation Officer: CONNIE COOK

Reason for Hearing:                                    Ruling:

SENTENCING — HELD

COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 120 MONTHS. DEF PLACED ON SUPERVISED RELEASE 5 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY. GOV MOTION TO DISMISS COUNTS 2, 3, AND 4 IS GRANTED.

Notes:

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
   Motions to be filed by _____ ; Opposition due _____
                                                    for Pretrial Conference
Case continued to: _____
                                                    for _____ Trial
Case continued to: _____
Excludable Delay: Category _____ Begins _____ Ends _____